UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FORD FUSION AND C-MAX FUEL
ECONOMY LITIGATION
    McComas, et al. v. Ford Motor Company    )
        W.D. Missouri, C.A. No. 4:13-00542    )        MDL No. 2450

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*McComas*) on June 10, 2013. Prior to expiration of that order's 7-day of transmittal, plaintiff in *McComas* filed a notice of opposition to the proposed transfer. Plaintiff has now withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on June 10, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Kenneth M. Karas.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk